```
                                    FILED
                    CLERK, U.S. DISTRICT COURT

                         JUN - 9 2014
                              ᴨᴜ
                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL SULLIVAN,                    ) Case No. CV 14-4181 UA
                                     )
                  Plaintiff,         )
                                     ) ORDER REMANDING ACTION
            vs.                      )
                                     )
JAMES CODD, et al.,                  )
                                     )
                  Defendants.        )
_____     )

    For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.


    IT IS SO ORDERED.

DATED: ___6/6___, 2014


                              _____
                              HON. GEORGE H. KING
                              CHIEF UNITED STATES DISTRICT JUDGE